UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

| | | |
|---|---|---|
| In Re | ) | |
| | ) | |
| Diana Leslie Ellsworth, | ) | Case No. 10-13956 |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| Western Surety Company, Creditor, | ) | |
| | ) | |
| Plaintiff, | ) | Adversary Proceeding |
| vs. | ) | |
| | ) | No. 11-05042 |
| | ) | |
| Diana Leslie Ellsworth, | ) | |
| | ) | |
| Defendant. | ) | |

## **MOTION FOR DEFAULT JUDGMENT**

COMES NOW Creditor Western Surety Company ("Western Surety"), by and through counsel of record, Eric C. Sexton, Baker Sterchi Cowden & Rice, LLC, pursuant to Fed.R.Civ.P. 55 and Bankruptcy Rules 7012 and 7055 of the Federal Rules of Bankruptcy Procedure, and moves this Court for entry of a default judgment against Defendant/Debtor Diana Leslie Ellsworth ("Debtor" or "Ellsworth").

1. On February 9, 2011, Western Surety initiated this adversary case by electronically filing its Complaint Objecting to Discharge of Debtor.

2. In the Complaint Objecting to Discharge, Western Surety objects to the discharge of the debt due and owing from Defendant/Debtor Diana Leslie Ellsworth ("Debtor" or "Ellsworth") to Western Surety because such debt was incurred as the

1

result of "fraud or defalcation while acting in a fiduciary capacity" or "embezzlement" within the meaning and intent of 11 U.S.C. § 523(a)(4).

3. On February 9, 2011, the adversary Summons was properly issued.

4. On February 9, 2011, the Summons and Complaint Objecting to Discharge of Debtor were properly served, via U.S. Mail, postage prepaid, upon Defendant/Debtor Diana Leslie Ellsworth ("Debtor" or "Ellsworth").

5. Pursuant to Bankruptcy Rule 7012, "If a complaint is duly served, the defendant shall serve an answer within 30 days after the issuance of the summons . . ."

6. By virtue of the service by mail, Defendant/Debtor Ellsworth was required to file her Answer or other response to the adversary Complaint Objecting to Discharge of Debtor on or before March 11, 2011.

7. To date, Defendant/Debtor Ellsworth has not filed an Answer or other response to the adversary Complaint Objecting to Discharge of Debtor and is, therefore, in default.

8. Bankruptcy Rule 7055, entitled "Default", states that "Rule 55 F.R.Civ.P. applies in adversary proceedings."

9. Fed.R.Civ.P. 55(a), entitled "Entering a Default", states: "When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."

10. Fed.R.Civ.P. 55(b)(2), which governs the entry of a default judgment by the Court, states, in relevant part, as follows:

> In all other cases, the party must apply to the court for a default judgment. A default judgment may be entered against a minor or

2

Case 11-05042   Doc# 9   Filed 04/25/11   Page 2 of 4

incompetent person only if represented by a general guardian, conservator, or other like fiduciary who has appeared. If the party against whom a default judgment is sought has appeared personally or by a representative, that party or its representative must be served with written notice of the application at least 7 days before the hearing.

WHEREFORE, Creditor Western Surety Company respectfully requests that:

(a) The Court enter its Order and Judgment denying the discharge of Defendant/Debtor Diana Leslie Ellsworth;

(b) The Court enter its Order and Judgment determining that the debt owed by Defendant/Debtor Diana Leslie Ellsworth to Creditor Western Surety Company is nondischargeable pursuant to pursuant to 11 U.S.C. § 523(a)(4) because such debt was incurred as the result of "fraud or defalcation while acting in a fiduciary capacity" or "embezzlement" within the meaning and intent of 11 U.S.C. § 523(a)(4); and

(c) The Court grant such other and further relief as is just and proper.

Respectfully submitted,

BAKER STERCHI COWDEN & RICE, L.L.C.

By: /s/ Eric C. Sexton
Eric C. Sexton                KS #14392
2400 Pershing Road, Suite 500
Kansas City, Missouri 64108-2533
(816) 471-2121
Fax: (816) 472-0288
E-mail: sexton@bscr-law.com

ATTORNEYS FOR CREDITOR
WESTERN SURETY COMPANY

3

## CERTIFICATE OF SERVICE

I hereby certify that, on this 25th day of April, 2011, a true and correct copy of the above and foregoing Motion for Default Judgment was served by the method or methods specified below:

__X__ by electronically filing with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

__X__ via U.S. Mail, first class, postage prepaid and properly addressed to Defendant/Debtor Diana Leslie Ellsworth, as follows:

Diana Leslie Ellsworth
4544 S. Clarence Avenue
Wichita, Kansas 67217

/s/ Eric C. Sexton